# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**424**
**CA 14-01673**
PRESENT: SMITH, J.P., VALENTINO, WHALEN, AND DEJOSEPH, JJ.

---

IN THE MATTER OF ANTHONY CATAFFO,
CLAIMANT-APPELLANT,

                        V                                    ORDER

GRAND ISLAND CENTRAL SCHOOL DISTRICT,
RESPONDENT-RESPONDENT.

---

HOGAN WILLIG, PLLC, AMHERST (ALLISON M. BOZINSKI OF COUNSEL), FOR
CLAIMANT-APPELLANT.

BAXTER SMITH & SHAPIRO, P.C., WEST SENECA (LOUIS B. DINGELDEY, JR., OF
COUNSEL), FOR RESPONDENT-RESPONDENT.

---------------------------------------------------------------------------------------------------------

        Appeal from an order of the Supreme Court, Erie County (Diane Y.
Devlin, J.), entered December 6, 2013.  The order denied the motion of
claimant for leave to serve a late notice of claim.

        It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs.

Entered:  March 27, 2015                        Frances E. Cafarell
                                                Clerk of the Court